IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-MJ-1836-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO UNSEAL** |
| | ) | |
| SEARCH WARRANT FOR 248 | ) | |
| ADEFIELD LANE, HOLLY SPRINGS, | ) | |
| NC 27540 | ) | |

This case comes before the court on the motion (D.E. 6) by the government to unseal the above-captioned case in its entirety. The government represents that a defendant in a related matter has requested access to the material therein and that all reasons advanced by the government in the original motion to seal are now moot.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the above-captioned case in its entirety.

SO ORDERED, this 29th day of March 2011.

James E. Gates
United States Magistrate Judge